**FILED**
JAN 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR BARAJAS (1),<br>ADRIANA VAZQUEZ (2),<br><br>　　　　　Defendants. | Criminal Case No. 08CR 238-IEG<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana; Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |

　　The United States Attorney charges:

　　On or about December 30, 2007, within the Southern District of California, defendants VICTOR BARAJAS and ADRIANA VAZQUEZ, did knowingly and intentionally import approximately 45.24 kilograms (approximately 99.52 pounds), of marijuana, Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

　　DATED: January 29, 2008 .

　　　　　　　　　　　　　　　　　　KAREN P. HEWITT
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　*/s/ John Owen*

　　　　　　　　　　　　　　　　　　JEFFREY D. MOORE
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

JDM:rp:Imperial
1/29/08