AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

VICTOR BARAJAS

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR238-IEG

I, __VICTOR BARAJAS__, the above named defendant, who is accused of committing the following offense:

Importation of marijuana and Aiding and Abetting, in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __1/29/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.



FILED
JAN 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Victor Barajas
Defendant

Counsel for Defendant

Before _____
JUDICIAL OFFICER