KAREN P. HEWITT
United States Attorney
GREGORY F. NOONAN
Assistant U.S. Attorney
California State Bar No. *Pending*
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
619 557-5790   (Telephone)/619 557-5551 (Fax)
Email: gregory.noonan@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.   08CR0238-IEG |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| VICTOR BARAJAS et al. | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case.

   1.   None.

//

//

//

1     Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

    1.    James P. Melendres.

Please feel free to call me if you have any questions about this notice.

DATED: May 13, 2008.

                                              KAREN P. HEWITT
                                              United States Attorney

                                              <u>s/Gregory F. Noonan</u>
                                              GREGORY F. NOONAN
                                              Assistant U.S. Attorney

Notice of Appearance                                                             08CR0238-IEG
United States v. Victor Barajas et al.

|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR BARAJAS et al.)<br><br>　　　　　　Defendant. | Criminal Case No.   08CR0238-IEG<br><br>CERTIFICATE OF SERVICE |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED THAT:

　　I, , am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

　　I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance as lead counsel for the United States**, dated May 13, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

1.　Victor Torres, Attorney for Defendant Victor Barajas.

2.　Lynn Ball, Attorney for Defendant Adriana Vazquez.

　　I declare under penalty of perjury that the foregoing is true and correct.

　　EXECUTED on May 13, 2008.

　　　　　　　　　　　　　　　　　　　　　s/Gregory F. Noonan
　　　　　　　　　　　　　　　　　　　　　GREGORY F. NOONAN
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Notice of Appearance　　　　　　　　　　　　　　　　　　　　　　　　　　　　08CR0238-IEG
United States v. Victor Barajas et al.